# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE UBALDINI, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 20-cv-4356-RAL |
| v. | : |
| | : |
| KILOLO KIJAKAZI,[1] | : |
| Acting Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

# O R D E R

**AND NOW** this 11th day of August, 2022, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 1) is **DENIED**, and the case is **DISMISSED** with prejudice, consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                                   s/ *Richard A. Lloret*
                                                   **HON. RICHARD A. LLORET**
                                                   **United States Magistrate Judge**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as Defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).